IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Ronald C. Grumbkow,<br><br>          Plaintiff<br><br>    v.<br><br>The Walt Disney Company,<br><br>George J. Mitchell,<br><br>Chairman of the Board & <br><br>Robert A. Iger,<br><br>President/Chief Executive Officer<br><br>& Jeffrey Ruthizer,<br><br>Vice-President/ABC group |  ORIGINAL<br><br>CIVIL ACTION No.<br><br>0 6 - 4 8 9 |

## COMPLAINT

The defendants and other associated officers, directors and managers as well as certain employees of the company have on a continuing basis denied the plaintiff of all normal employment opportunities and due remuneration through planned patterns of harassment resulting in mental and physical abusive damage to both the plaintiff and his family. The company initiated these actions in an attempt to thwart the plaintiff from continuing his uncovering of various forms of fraudulent schemes used by the defendants to manipulate arbitration awards, control union voting figures, employee buyouts and labor contract agreements and deals and other associated illegalities which will be fully addressed within plaintiffs formal brief.

The primary actions against the plaintiff were perpetuated by but not limited to the following list of lawyers and or law firms through clandestine quid-pro-quo ongong maneuvers.

1. Piper Rudnick Gray Cary LLP
2. Reed Smith LLP

3. Gibson Dunn Crutcher LLC
4. Barley Snyder Senet & Cohen LLC
5. Begley Carlin Mandio AAL

These maneuvers resulted in denial of due process, illegal seizure of property, denial of equal protection of the law, cruel and unusual punishment and scores of other violations which will be detailed within the formal brief, as civil rights violations.

Through the enormity of the scope of power, prowess, prestige and perception this historically named company generates the defendants have in effect shielded themselves until recently from collusively criminal acts against plaintiff and his family as so defined within the Racketeer Influenced Corrupt Organization act.

As a result of these documented allegations and the plaintiff thirty seven year under compensated career at ABC News, plaintiff demands relief for compensatory and punitive damages in the sum of Ten Billion, One Hundred Million Dollars ($10,100,000,000.00) due to the historic and high recognizability on a worldwide basis of the (Von) Grumbkow name.

For subpoena purpose please find listed below the correct name and addresses of each defendant.

George J. Mitchell
Chairman
Piper Rudnick Gray Cary LLP
1200 Nineteenth Street N.W.
Washington, D.C. 20036

Robert A. Iger
President/Chief Executive Officer
The Walt Disney Company
500 South Buena Vista Street
Burbank, California. 91521

Jeffrey Ruthizer
Vice-President/ABC Group
ABC Executive Offices
77 West 66th Street
New York, N.Y. 10023

(2)

In as much as these defendants either individually and or in tandem with the previously listed associated law firms have and are engagling in practises of illicit nature that are or could be physically and psychologically damaging to the plaintiff and his family a fervent request is hereby contained for an order of protection and or restraining order from the assigned justice thru the duration of this litigation.

As so submitted and signed on the seventh day of August, Two Thousand and Six.

DATED 8/7/06

SIGNED _____
Ronald C. Grumbkow, Pro-Se
32 Steeplechase Drive
Doylestown Hunt Estates
Doylestown, Pennsylvania.
                       18901.

%JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

06-489

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
Ronald C. Grumbkow

(b) County of Residence of First Listed Plaintiff: NORTHAMPTON BUCKS
(EXCEPT IN U.S. PLAINTIFF CASES)

32 Steeple Chase Drive
Doylestown Hunt Estates
Doylestown Pennsylvania 18901

(c) Attorney's (Firm Name, Address, and Telephone Number)

### DEFENDANTS
The Walt Disney Company
George J. Mitchell
Robert A. Iger
Jeffrey Rutnizer

County of Residence of First Listed Defendant:
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|   | PTF | DEF |   | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | PERSONAL PROPERTY | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☒ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

### V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 U.S.C. 2000e et seq

Brief description of cause: Continued Employment Discrimination

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 10,100,000,000
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

### VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE                DOCKET NUMBER

DATE: 8/7/06
SIGNATURE OF ATTORNEY OF RECORD: Ronald C. Grumbkow   Pro-Se

FOR OFFICE USE ONLY
RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. ___06 - 489___

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___5___ COPIES OF AO FORM 85.

___AUG 0 7 2006___  _____
(Date forms issued)  (Signature of Party or their Representative)

RONALD  C  GRUMBKON
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action

OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

RE:  C.A.#  06-489

CASE CAPTION: Grumbkow  v. Walt Disney Co, et al

## ACKNOWLEDGMENT OF RECEIPT FOR F.R.Civ.P. 4

I hereby acknowledge receipt of a copy of Rule 4 (Summons) of the Federal Rules of Civil Procedure, and understand that it is my responsibility to make service of process on defendants in accordance with this rule.

Date Received by Plaintiff: AUG 0 7 2006    Signed: [signature]  Pro Se Plaintiff

Date Received by Clerk's office: AUG 0 7 2006    Signed: Evette Watson  Deputy Clerk

Note: If you received Federal Rule 4 by mail, please sign this receipt and return it to:

Clerk
U.S. District Court
844 N. King Street
Lockbox 18
Wilmington, DE 19801

If applicable, Rule 4 mailed to plaintiff:

_____
Date mailed

_____
By Deputy Clerk

cc: Docketing Clerk

wp\forms\rule4receipt 2-04