AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Delaware

Ronald C. Grumbkow,

       Plaintiff

V.

The Walt Disney Company
George J. Mitchell,
Chairman of the Board &
Robert A. Iger,
President/Chief Executive Officer
& Jeffrey Ruthizer,
Vice-President/ABC group

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  06 - 489 (JJF)

FILED
AUG 30 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned

TO: (Name and address of Defendant)

Robert A. Iger
President/Chief Executive Officer
The Walt Disney Company
500 South Buena Vista Street
Burbank, California.
      91521.

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ronald C. Grumbkow, Pro-Se
32 Steeplechase Drive
Doylestown Hunt Estates
Doylestown, Pennsylvania.
      18901.

an answer to the complaint which is served on you with this summons, within ____30____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**       8-16-06

CLERK      DATE

Bety Du

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 8/19/06 |
| NAME OF SERVER (PRINT) UNITED STATES POSTAL SERVICE | TITLE LETTER CARRIER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): CERTIFIED MAIL/RETURN RECEIPT

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $0.63 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $4.88 |

Postmark Here — AUG 19 2006 — 08/19/2006

Sent To: ROBERT A. IGER/USPS THE WALT DISNEY COMPANY
Street, Apt. No. or PO Box No.: 500 SOUTH BUENA VISTA STREET
City, State, ZIP+4: BURBANK, CALIFORNIA 91521

PS Form 3800, June 2002                See Reverse for Instructions

7006 0810 0002 6290 9280

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.