AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Delaware

Ronald C. Grumbkow

          Plaintiff,         **SUMMONS IN A CIVIL CASE**

V.

The Walt Disney Company
George J. Mitchell,
Chairman of the Board &
Robert A. Iger,
President/Chief Executive Officer
& Jeffrey Ruthizer,
Vice-President/ABC group

CASE NUMBER:    0 6 - 4 8 9 (JJP)

FILED
AUG 3 0 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

scanned

TO: (Name and address of Defendant)

Jeffrey Ruthizer
Vice-President/ABC group
77 West 66th Street
New York, N.Y. 10023.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ronald C. Grumbkow, Pro-Se
32 Steeplechase Drive
Doylestown Hunt Estates
Doylestown, Pennsylvania.
                  18901.

an answer to the complaint which is served on you with this summons, within   **30**   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**                     8-16-06

CLERK                                            DATE

      *Betty Lin* (signature)

(By) DEPUTY CLERK

◣AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 8/19/06 |
| NAME OF SERVER (PRINT) UNITED STATES POSTAL SERVICE | TITLE LETTER CARRIER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): CERTIFIED MAIL / RETURN RECEIPT

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $ $0.63
Certified Fee $2.40
Return Receipt Fee (Endorsement Required) $1.85
Restricted Delivery Fee (Endorsement Required) $0.00
Total Postage & Fees $ $4.88
Postmark Here: PHIL #22 M.O.E.W. AUG 19 2006  08/19/2006

Sent To: JEFFREY ____
Street, Apt. No.; or PO Box No. ABC EXECUTIVE OFFICES 77 WEST 66TH STREET
City, State, ZIP+4: NEW YORK, N.Y. 10023

7006 0810 0002 6290 9303

PS Form 3800, June 2002    See Reverse for Instructions

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.