# UNITED STATES DISTRICT COURT

_____ District of _____ Delaware

Ronald C. Grumbkow,

        Plaintiff

                            CASE NUMBER 06-489

    V.

The Walt Disney Company
George J. Mitchell,
Chairman of the Board &
Robert A. Iger,
President/Chief Executive Officer
& Jeffrey Ruthizer,
Vice-President/ABC group

-------------------------------------------------------------------

## RESTRAINING ORDER

    AND NOW, this_____day of_____,2006 upon possibile unspecified retaliation by the defendants against the plaintiff and his family, all defendants and their associates, accessory's and aquaintances are hereby ordered to stay away from the home and property of plaintiff, located at 32 Steeplechase Drive in Doylestown, Pennsylvania.

                                        FOR THE COURT:

                                        _____