UNITED STATES DISTRICT COURT
WILMINGTON, DELAWARE

CASE NO. 06-489 JJF
GRUMBTON - DISNEY

Please accept this document as an objection to the recently filed motion by defendant to dismiss this case, as an attempt to further cover-up the illegalities committed by them which led to my continuing denial of normal employment opportunities and most recently through a corporate co-conspirator causing my residence to be illegally seized in violation of bankruptcy protection, so as to deny me a space to operate within as well as destroying documented evidence pertaining to my allegations.

As so submitted by [signature]
RONALD C GRUMBTON

DATED 10/02/06

CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES THAT COPIES OF THE FOREGOING WERE CAUSED TO BE SERVED THIS DAY OCTOBER 2, 2006 UPON THE FOLLOWING MANNER

BY HAND
~~FIRST CLASS MAIL~~

SUZANNE MELCHER HILL
POTTER ANDERSON & CORROON LLP
1313 N. MARKET STREET
HERCULES PLAZA 6TH FLOOR
P.O. BOX 951
WILMINGTON, DELAWARE
19899-0951