IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RONALD C. GRUMBKOW,                     :
                                        :
          Plaintiff,                    :
                                        :
     v.                                 : Civil Action No. 06-489-JJF
                                        :
WALT DISNEY COMPANY, GEORGE J.          :
MITCHELL, ROBERT A. IGOR, and           :
JEFFREY RUTHIZER,                       :
                                        :
          Defendants.                   :

## O R D E R

At Wilmington, this _20_ day of February 2007, for the

reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that Defendants' Motion To Dismiss

(D.I. 7) is **GRANTED**.

_____
UNITED STATES DISTRICT JUDGE